# EXHIBIT A

| Date | Phone |
| --- | --- |
| 12/27/2025 | 760-314-3692 |
| 12/29/2025 | 424-542-8687 |
| 12/30/2025 | 346-841-1030 |
| 12/30/2025 | 424-542-7556 |
| 12/30/2025 | 626-596-3375 |
| 12/30/2025 | 661-788-6171 |
| 12/30/2025 | 980-513-9367 |
| 12/31/2025 | 442-389-1343 |
| 12/31/2025 | 661-230-8488 |
| 12/31/2025 | 661-647-9414 |
| 12/31/2025 | 714-988-4189 |
| 1/2/2026 | 707-405-9868 |
| 1/6/2026 | 346-841-4664 |
| 1/7/2026 | 645-209-3202 |
| 1/8/2026 | 959-272-4316 |
| 1/9/2026 | 920-995-7434 |
| 1/10/2026 | 346-841-3929 |
| 1/12/2026 | 959-272-4043 |
| 1/13/2026 | 228-295-0255 |
| 1/15/2026 | 855-753-1827 |
| 1/16/2026 | 814-890-9629 |
| 1/17/2026 | 645-209-0034 |
| 1/19/2026 | 929-750-1694 |
| 1/20/2026 | 866-636-4578 |
| 1/22/2026 | 346-841-3059 |
| 1/24/2026 | 929-749-0288 |
| 1/27/2026 | 205-493-7257 |
| 1/28/2026 | 631-925-9281 |
| 1/29/2026 | 475-380-9630 |
| 1/30/2026 | 205-431-2061 |
| 1/30/2026 | 929-750-1967 |
| 1/31/2026 | 475-380-2426 |
| 2/2/2026 | 346-841-6026 |
| 2/2/2026 | 856-754-3713 |
| 2/3/2026 | 920-608-0870 |
| 2/7/2026 | 475-380-0937 |
| 2/12/2026 | 959-272-8266 |
| 2/13/2026 | 716-469-9040 |
| 2/14/2026 | 959-272-2036 |
| 2/16/2026 | 205-363-7679 |
| 2/18/2026 | 346-841-6114 |
| 2/19/2026 | 986-201-2212 |
| 2/20/2026 | 540-277-0942 |
| 2/21/2026 | 440-908-1251 |
| 2/23/2026 | 862-348-8132 |
| 2/24/2026 | 540-277-0603 |

| Date | Phone |
| --- | --- |
| 2/26/2026 | 610-618-4767 |
| 2/26/2026 | 929-747-2762 |
| 3/2/2026 | 959-272-2282 |
| 3/4/2026 | 920-995-4942 |
| 3/11/2026 | 502-334-5565 |
| 3/11/2026 | 502-806-7476 |
| 3/12/2026 | 434-818-6173 |
| 3/12/2026 | 540-678-6180 |
| 3/13/2026 | 434-499-7415 |
| 3/13/2026 | 540-708-3675 |
| 3/14/2026 | 502-334-2308 |
| 3/16/2026 | 502-236-8206 |
| 3/16/2026 | 540-708-2088 |
| 3/18/2026 | 540-516-9509 |
| 3/19/2026 | 434-499-7210 |
| 3/19/2026 | 502-334-2340 |
| 3/20/2026 | 434-592-0548 |
| 3/20/2026 | 502-236-7056 |
| 3/21/2026 | 502-334-3440 |
| 3/23/2026 | 502-273-8449 |
| 3/27/2026 | 833-665-5045 |
| 3/31/2026 | 844-632-1183 |
| 4/1/2026 | 855-609-5267 |
| 4/2/2026 | 866-804-1379 |
| 4/3/2026 | 866-804-2920 |
| 4/3/2026 | 866-804-3658 |
| 4/4/2026 | 866-804-3752 |
| 4/11/2026 | 888-644-4192 |
| 4/15/2026 | 888-654-5486 |
| 4/16/2026 | 888-654-5755 |
| 4/17/2026 | 866-306-6130 |
| 4/20/2026 | 888-698-5919 |
| 4/21/2026 | 720-248-5253 |
| 4/24/2026 | 855-704-5776 |
| 4/28/2026 | 434-886-9199 |
| 4/28/2026 | 502-783-3330 |
| 4/29/2026 | 434-735-1194 |
| 4/29/2026 | 540-503-8378 |
| 5/4/2026 | 434-592-1435 |
| 5/5/2026 | 502-273-6189 |
| 5/5/2026 | 502-662-4125 |
| 5/6/2026 | 502-273-4261 |
| 5/6/2026 | 502-917-8584 |
| 5/6/2026 | 540-501-8492 |
| 5/7/2026 | 434-818-4497 |
| 5/7/2026 | 540-500-0462 |

| Date | Phone |
|---|---|
| 5/7/2026 | 540-708-2591 |
| 5/8/2026 | 502-236-7199 |
| 5/8/2026 | 502-858-7381 |
| 5/9/2026 | 364-500-5036 |
| 5/9/2026 | 540-486-7381 |
| 5/9/2026 | 540-516-9588 |
| 5/11/2026 | 502-825-2073 |
| 5/11/2026 | 540-702-9450 |
| 5/12/2026 | 502-825-6482 |
| 5/12/2026 | 540-709-6630 |
| 5/13/2026 | 661-240-4607 |
| 5/14/2026 | 540-502-9397 |
| 5/14/2026 | 737-322-2503 |
| 5/14/2026 | 843-989-9891 |
| 5/15/2026 | 205-318-5435 |
| 5/15/2026 | 540-306-9392 |
| 5/16/2026 | 406-719-8736 |
| 5/16/2026 | 540-503-7642 |
| 5/18/2026 | 205-697-6601 |
| 5/18/2026 | 540-503-8412 |
| 5/18/2026 | 631-818-3435 |
| 5/18/2026 | 912-467-6608 |
| 5/19/2026 | 540-678-6080 |
| 5/19/2026 | 631-477-7644 |
| 5/19/2026 | 661-516-9298 |
| 5/20/2026 | 540-702-9491 |
| 5/20/2026 | 712-936-1289 |
| 5/20/2026 | 716-442-7019 |
| 5/21/2026 | 502-825-4380 |
| 5/21/2026 | 540-708-4632 |
| 5/21/2026 | 862-299-7112 |
| 5/21/2026 | 912-423-7077 |
| 5/23/2026 | 225-903-3026 |
| 5/26/2026 | 318-756-7240 |
| 5/26/2026 | 515-915-9286 |
| 5/26/2026 | 706-287-6402 |
| 5/27/2026 | 502-858-6080 |
| 5/27/2026 | 516-283-4358 |
| 5/27/2026 | 856-754-8549 |
| 5/27/2026 | 916-778-1369 |
| 5/28/2026 | 540-501-9426 |
| 5/28/2026 | 540-788-0032 |
| 5/28/2026 | 620-553-8025 |
| 5/28/2026 | 631-825-3241 |
| 5/28/2026 | 833-738-0474 |
| 5/29/2026 | 502-922-2501 |

| Date | Phone |
|---|---|
| 5/29/2026 | 516-283-6717 |
| 5/29/2026 | 540-709-6668 |
| 5/29/2026 | 862-299-7902 |
| 5/30/2026 | 205-493-7305 |
| 5/30/2026 | 502-904-5411 |
| 5/30/2026 | 631-529-3079 |
| 5/30/2026 | 912-423-7441 |
| 6/1/2026 | 835-249-4565 |
| 6/2/2026 | 502-848-6416 |
| 6/2/2026 | 835-249-4758 |
| 6/2/2026 | 835-249-4915 |
| 6/3/2026 | 540-281-9338 |
| 6/3/2026 | 540-708-2554 |
| 6/3/2026 | 712-938-8469 |
| 6/3/2026 | 835-249-6403 |
| 6/3/2026 | 835-249-6598 |
| 6/4/2026 | 205-456-6418 |
| 6/4/2026 | 540-709-0675 |
| 6/5/2026 | 469-962-0686 |
| 6/5/2026 | 540-306-9179 |
| 6/6/2026 | 318-718-7486 |
| 6/6/2026 | 540-517-9327 |
| 6/8/2026 | 435-699-2503 |
| 6/8/2026 | 502-917-8178 |
| 6/9/2026 | 267-849-1097 |
| 6/9/2026 | 502-858-7053 |
| 6/9/2026 | 720-768-9400 |
| 6/10/2026 | 347-914-2946 |
| 6/11/2026 | 920-995-5950 |
| 6/12/2026 | 502-973-0753 |
| 6/12/2026 | 540-517-9199 |
| 6/13/2026 | 929-750-3337 |
| 6/15/2026 | 804-713-8301 |
| 6/16/2026 | 540-516-8330 |
| 6/19/2026 | 318-568-3594 |
| 6/19/2026 | 423-657-7567 |
| 6/20/2026 | 951-603-1159 |
| 6/22/2026 | 346-301-8692 |
| 6/23/2026 | 225-488-8616 |
| 6/23/2026 | 225-523-5963 |
| 6/23/2026 | 740-752-6943 |
| 6/26/2026 | 575-363-3665 |
| 6/26/2026 | 845-502-7148 |
| 6/27/2026 | 559-750-0593 |
| 6/29/2026 | 417-735-7419 |
| 6/29/2026 | 772-298-1252 |

| Date | Phone |
|---|---|
| 6/30/2026 | 680-348-0787 |
| 6/30/2026 | 863-432-6581 |
| 6/30/2026 | 951-514-3743 |
| 7/1/2026 | 303-813-5328 |
| 7/1/2026 | 914-848-3124 |
| 7/2/2026 | 469-817-2942 |
| 7/2/2026 | 575-299-0678 |
| 7/2/2026 | 948-637-2228 |
| 7/3/2026 | 530-948-2110 |
| 7/6/2026 | 609-834-9930 |
| 7/6/2026 | 804-818-9234 |
| 7/6/2026 | 951-535-7576 |
| 7/7/2026 | 669-388-7202 |
| 7/8/2026 | 208-623-1654 |
| 7/8/2026 | 208-927-5186 |
| 7/8/2026 | 817-506-2310 |
| 7/9/2026 | 707-509-1791 |
| 7/9/2026 | 707-530-0844 |
| 7/10/2026 | 434-371-2508 |
| 7/10/2026 | 502-973-0346 |
| 7/11/2026 | 318-898-2835 |
| 7/13/2026 | 361-990-8063 |
| 7/14/2026 | 661-413-4155 |
| 7/14/2026 | 945-465-9365 |
| 7/15/2026 | 575-283-8933 |
| 7/15/2026 | 641-924-1193 |
| 7/17/2026 | 385-865-0389 |
| 7/17/2026 | 501-832-0651 |
| 7/18/2026 | 845-974-8792 |
| 7/20/2026 | 559-795-2522 |
| 7/20/2026 | 626-779-1845 |
| 7/20/2026 | 925-635-2392 |
| 7/21/2026 | 804-969-8653 |
| 7/22/2026 | 337-904-9590 |
| 7/24/2026 | 337-946-8037 |
| 7/24/2026 | 920-995-0657 |
| 7/25/2026 | 912-426-8028 |
| 7/25/2026 | 920-608-0914 |
| 7/25/2026 | 920-608-1534 |
| 7/27/2026 | 959-272-8566 |
| 7/28/2026 | 540-791-3218 |
| 7/28/2026 | 645-209-1907 |
| 7/28/2026 | 856-846-5214 |
| 7/29/2026 | 440-908-6640 |
| 7/29/2026 | 475-380-6319 |
| 7/30/2026 | 440-908-7117 |

| Date | Phone |
| --- | --- |
| 7/30/2026 | 440-908-9274 |
| 7/30/2026 | 540-503-7482 |
| 7/31/2026 | 205-318-3883 |
| 7/31/2026 | 920-995-2743 |
| 8/1/2026 | 959-272-4536 |
| 8/3/2026 | 205-318-5372 |
| 8/3/2026 | 205-363-6023 |
| 8/4/2026 | 347-914-1976 |
| 8/4/2026 | 434-499-3920 |
| 8/5/2026 | 440-908-0119 |
| 8/5/2026 | 475-380-3444 |
| 8/6/2026 | 440-908-6166 |
| 8/6/2026 | 475-380-6551 |
| 8/6/2026 | 920-995-8827 |
| 8/7/2026 | 205-456-2914 |
| 8/7/2026 | 814-610-9216 |
| 8/7/2026 | 920-995-6723 |
| 8/8/2026 | 440-908-5698 |
| 8/8/2026 | 661-516-8706 |
| 8/10/2026 | 816-636-9185 |
| 8/10/2026 | 816-961-9426 |
| 8/10/2026 | 920-608-0201 |
| 8/11/2026 | 475-380-2673 |
| 8/12/2026 | 434-563-0488 |
| 8/12/2026 | 440-908-0086 |
| 8/13/2026 | 645-209-4787 |
| 8/13/2026 | 949-625-0291 |
| 8/13/2026 | 440-908-2409 |